## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: October 30, 2018
Index #   1:18-cv-09910-JMF

---

*KELVIN MEJIA MENDEZ AND ANDRES PEREZ, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*   Plaintiff

against

*SWEET SAM'S BAKING COMPANY LLC, ET AL*   Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____November 1, 2018____, at __11:45 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

____SWEET SAM'S BAKING COMPANY LLC____, the Defendant in this action, by delivering to and leaving with ____Nancy Dougherty____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: _55-60_   Approx. Wt: _130lbs_   Approx. Ht: _5'3"_
Color of skin: _White_   Hair color: _Black_   Sex: _Female_   Other: _____

Sworn to before me on this
_1st_  day of November 2018

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

_____James Perone_____
**Attny's File No.**
Invoice•Work Order # S1813941

**SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201**