UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelvin Mejia Mendez, et al.,

                              Plaintiffs,

-against-

Sweet Sam's Baking Company LLC, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

1:18-cv-09910 (JMF) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

      A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, January 14, 2020 at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

      The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

**SO ORDERED.**

DATED:     New York, New York
               November 13, 2019

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge