# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

BY ECF      February 4, 2020
Honorable Stewart D. Aaron
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020
```

     Re:      Mendez et al. v. Sweet Sam's Baking Company, et al;
           18-cv-09910-JMF-SDA

Your Honor:

     I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. The parties jointly respectfully request an extension of the deadline to submit the settlement agreement for approval, from January 31, 2020 to February 25, 2020. We sincerely apologize for the late request and unintentionally overlooking the previous deadline.

     Additional time is needed for the parties to finalize and obtain signatures on the settlement agreement.

     The parties thank the Court for its attention to this matter.

                         Respectfully Submitted,

                         /s/ Joshua Androphy_____
                         Joshua Androphy
                         Michael Faillace & Associates, P.C.
                         *Attorneys for Plaintiffs*

cc: (By ECF)

Brett Reed Gallaway
McLaughlin and Stern, LLP
260 Madison Ave.
New York, NY 10016
(212)-448-1100
Email: bgallaway@mclaughlinstern.com

     Request GRANTED. SO ORDERED.
     Dated: February 4, 2020

     *[signature: Stewart D. Aaron]*

*Certified as a minority-owned business in the State of New York*

Page 2

*Attorney for Defendants*