# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  

jandrophy@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

BY ECF  
Honorable Stewart D. Aaron  
United States Magistrate Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

February 25, 2020

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 2/25/2020

      Re:    Mendez et al. v. Sweet Sam's Baking Company, et al;  
               18-cv-09910-JMF-SDA

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. Plaintiffs respectfully request an extension of the deadline to submit the settlement agreement for approval, from February 25, 2020 to March 3, 2020. Defendants consent to the request.

The Defendants have signed the settlement agreement. Additional time is needed for Plaintiffs to sign the agreement. They met with their attorneys previously to review the agreement, and had advised that they would all come to their attorneys' offices today to review and sign the agreement. This afternoon they canceled their appointment with our office due to a conflicting appointment.

This is the parties' second request for an extension. The Court granted a previous request for an extension to January 31 to February 25, 2020.

The parties thank the Court for its attention to this matter.

Request GRANTED. The settlement agreement shall be filed for approval in accordance with ECF No. 85 no later than March 3, 2020. SO ORDERED.  
Dated: February 25, 2020

*/s/ Stewart D. Aaron*

Respectfully Submitted,

/s/ Joshua Androphy_____  
Joshua Androphy  
Michael Faillace & Associates, P.C.

*Certified as a minority-owned business in the State of New York*

*Attorneys for Plaintiffs*

cc: (By ECF)

Brett Reed Gallaway
McLaughlin and Stern, LLP
260 Madison Ave.
New York, NY 10016
(212)-448-1100
Email: bgallaway@mclaughlinstern.com
*Attorney for Defendants*