# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

BY ECF  
Honorable Stewart D. Aaron  
United States Magistrate Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

March 3, 2020

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 3/3/2020

Re: Mendez et al. v. Sweet Sam's Baking Company, et al; 18-cv-09910-JMF-SDA

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiffs in the above-referenced matter. Plaintiffs respectfully request an extension of the deadline to submit the settlement agreement for approval, from March 3, 2020 to March 9, 2020. Defendants do not oppose this request.

The Defendants have signed the settlement agreement. Additional time is needed for Plaintiffs to sign the agreement. They came to their attorneys' office last Thursday but were not willing to sign the agreement at that time. Plaintiffs' counsel has had further discussions with Plaintiffs, and as of today Plaintiffs have indicated that they will sign the agreement. Because they are not able to provide us with the signed agreement today, we respectfully request a brief extension of time to submit the agreement.

This is the parties' third request for an extension. The Court granted a previous request for an extension to January 31 to February 25, 2020, and then to March 3, 2020.

The parties thank the Court for its attention to this matter.

Page 2

                      Respectfully Submitted,

                      /s/ Joshua Androphy
                      Joshua Androphy
                      Michael Faillace & Associates, P.C.
                      *Attorneys for Plaintiffs*

cc: (By ECF)

Brett Reed Gallaway
McLaughlin and Stern, LLP
260 Madison Ave.
New York, NY 10016
(212)-448-1100
Email: bgallaway@mclaughlinstern.com
*Attorney for Defendants*

Request GRANTED. The settlement agreement shall be filed for approval in accordance with ECF No. 85 no later than March 9, 2020. SO ORDERED.

Dated: March 3, 2020

*[Signed: Stewart D. Aaron]*