UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mejia Mendez, et al.,

                        Plaintiffs,

-against-

Sweet Sam's Baking Company LLC, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020

1:18-cv-09910 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        This case contains claims under the Fair Labor Standards Act. On January 24, 2020, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 84.) On March 9, 2020, the parties submitted their proposed settlement agreement. (ECF No. 94.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court also finds that Plaintiffs' attorneys' fees are fair and reasonable. *See Fisher v. SD Prot. Inc.*, 948 F.3d 593, 602 (2d Cir. 2020). The settlement is approved.

        Accordingly, this action is dismissed with prejudice and without costs, except as may be stated in the settlement agreement.

**SO ORDERED.**

DATED:    New York, New York
              March 10, 2020

                                                                     _____
                                                                       STEWART D. AARON
                                                                       United States Magistrate Judge